PLANTERS TRADING CO. V. MOORE, ET AL.

(Decided June 7, 1911.)

APPEAL from Coffee County Court.

Heard before Hon. J. N. HAM.

J. A. CARNLEY, for appellant. J. F. SANDERS, for appellee.

Per curiam. Appeal dismissed because not taken in time. See 52 South. 1038.

---

MITCHELL V. HUGHLEY.

(Decided Nov. 28, 1911.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. O. LANE.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

---

MORGAN V. THE STATE.

(Decided Dec. 21, 1911.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and T. H. SEAY, Assistant Attorney General, for the State.

WALKER, P. J. No error appearing of record the judgment is affirmed.

---

PETTY V. CHEROKEE COUNTY.

(Decided June 1, 1911.)

APPEAL from Cherokee Circuit Court.

Heard before Hon. W. W. HARALSON.

No counsel marked for either party.

Per curiam. Dismissed for want of prosecution.